JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APODACA PROMOTIONS, INC., | Case No. CV08-6393 PA (FMOx) |
| Plaintiff | **JUDGMENT & PERMANENT INJUNCTION** |
| vs. | |
| VILMA DIAZ, ROCIO PINEDA, MANUEL CERVANTES, EDWIN BUSTAMANTE, JACQUELINE PALOMINO, MICHELL LAU, and DOES 1 to 5 | |
| Defendants. | |

1

**JUDGMENT & PERMANENT INJUNCTION**

In accordance with this Court's March 16, 2009 Order granting the Motion for Default Judgment of Plaintiff Apodaca Promotions, Inc. ("Plaintiff") against defendant Michell Lau ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant shall pay Plaintiff statutory damages in the amount of $25,000.

2. Defendant shall pay interest on the principal amount of the judgment to Plaintiff at the statutory rate pursuant to 28 U.S.C. § 1961(a).

3. Plaintiff shall recover its costs of suit.

4. Defendant and all of her respective agents, servants, employees, officers, and representatives, promoters and all other persons acting in concert or participation with each of them, shall be and hereby are forever restrained and enjoined from directly or indirectly infringing in any manner any of Plaintiff's trademark, service mark and name, including without limitation the following:

   (a) Using the name "La Sonora Dinamita", or any confusing similar or colorable imitation of the name, in connection with advertising in any form, or in connection with the goods or services of Defendant;

   (b) Using the name "La Sonora Dinamita", or any confusing similar colorable imitation of the name, in any manner for the purpose of enhancing the commercial value of the goods or services of Defendant;

   (c) Otherwise infringing or diluting the distinctive quality of Plaintiff's service mark and trade name "La Sonora Dinamita";

   (d) Causing a likelihood of confusion, deception or mistake as to the makeup, source, nature or quality of Plaintiff's or Defendant's services; and

   (e) Contacting promoters, advertisers or other businesses for the

purpose of offering the services of the Defendant as "La Sonora Dinamita", or any confusing similar or colorable imitation of the name.

IT IS SO ORDERED.

Dated: March 16, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE